```
Judson H. Henry  SB # 226743
1017 L Street #722
Sacramento, CA  95814
Phone:  (916) 670-9564
Fax: (916) 200-2440
E-mail:  jhhenry2000@yahoo.com
```

**Attorney for Matthew Cowley Cron**

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>MATTHEW COWLEY CRON,<br><br>                Debtor-in-possession | Case No.:  25-23639<br>DC No.:    JHH−1<br><br>Date:          August 18, 2025<br>Time:         9:00 a.m.<br>Courtroom: No. 28; Department A<br>Judge:        Hon. Fredrick E. Clement<br><br>United States Courthouse<br>501 I Street, 7th Floor<br>Sacramento, CA  95814 |

### DECLARATION OF PROPOSED ATTORNEY IN SUPPORT OF
### APPLICATION TO APPROVE EMPLOYMENT OF ATTORNEY

I, JUDSON H. HENRY, the proposed attorney for the above-captioned debtors, declare:

1.    I am an attorney and counselor at law, duly admitted to practice in this State of California and in this Court.  I have personal knowledge of the facts set forth in this Declaration.  If called as a witness, I could and would testify competently under oath to the facts set forth in this Declaration.

2.    I am a sole practitioner.  I practice law under my own name and the name of Law Office of Judson H. Henry ("the firm").  The law firm maintains its office address for the practice of law at 1017 L Street #722, Sacramento, CA  95814.

3.    The firm has no connection with MATTEW COWLEY CRON, the above named debtor, his creditors, or any other party in interest herein, their respective attorneys or

1

**Application to Approve Employment of Attorney - JHH-1 - Proposed Attorney Declaration
In re Matthew Cowley Cron; Case no. 25-23639**

accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except that the firm represents the debtor in this proceeding.

4. The firm represents no interest adverse to MATTHEW COWLEY CTRON, as debtor-in-possession herein, or his estate in the matters upon which he is to be engaged.

5. At all times from the time MATTEW COWLEY CRON, as debtor-in-possession herein, filed his petition through to the present, the firm is owed no fees or other monies by and holds no claim(s) against MATTEW COWLEY CRON, as debtor-in-possession herein.

6. Prior to the July 17, 2025 date of filing of the petition to initiate this case, on or about April 4, 2025, I was engaged by Applicant and Debtor-in-possession MATTEW COWLEY CRON ("Debtor") regarding his debts, for which previous pre-petition engagement Debtor on or about April 4, 2025 paid me $4,000.00  During this initial/pre-petition representation, the Firm provided services including initial review of [1] Debtor's assets, debts, income, expenses, and legal/collections or other statuses related to these; [2] consultation on/discussions regarding potential approaches to restructuring of debts to allow continued business operations outside of bankruptcy; [3] numerous communications and discussions with Debtor regarding a temporary local construction project hauling engagement during the 1st half of 2025 and a similar new engagement although permanent and staring the 2nd half 2025, with attendant updating of present and near-term future income expectations, [4] upon determination of the necessity of bankruptcy reorganization, development of a strategy to maximize the probability of a successful reorganization under chapter 11; [5] explanation of the likely timing and amount of chapter 11 plan payments, in particular on the debt secured by trucks/trailers needed to be retained by Debtor for successful continued operations; [6] explanations/consultations on early requirements of chapter 11 debtors such as providing all data for the petition, gathering a volume of documents required by the US Trustee, necessity of maintaining insurance on all insurable assets, etc.; and [7] preparation of the petition with all schedules.  I have agreed with Debtor to deem the $4,000.00 paid in April 2025 as an all-inclusive flat fee for all pre-petition services, including all services in preparation for filing this case as well as the previous budgeting efforts in the exploration of restructuring.  Consequent to

**Application to Approve Employment of Attorney - JHH-1 - Proposed Attorney Declaration
In re Matthew Cowley Cron; Case no. 25-23639**

this, Debtor owed me no amount [$0.00] and I held no amount [$0.00] in retainer at the time of the filing of Debtor's petition on July 17, 2025.

7. Subsequent to the above and thereafter through to the present, I have received no further amount(s) and/or any amount post-petition, and I hold no amount [$0.00] on retainer/in trust for or on behalf of MATTEW COWLEY CRON.

8. The terms of the employment of the law firm of Judson H. Henry agreed to by the debtors-in-possession, subject to the approval of the court, are that Judson H. Henry will undertake this representation for a fee calculated at $250.00 per hour. The Firm has and shall continue to maintain detailed time records of all services rendered, and each application for fees submitted by the Firm under 11 U.S.C. § 330 shall include these detailed time records for the Firm, along with fees as calculated under the Lodestar method for the Firm. The hourly rate charged is $250.00 per hour by attorney Judson Henry. Further terms are the Firm will make periodic applications pursuant to 11 U.S.C. § 330 for interim compensation.

9. In my capacity as lead (and sole) attorney for debtors in chapter 11 cases, I have successfully represented 15 cases through orders confirming chapter 11 plans of reorganization, four for corporations/LLCs and eleven for individual cases. The cases are set forth on the immediately following table, which indicates the district, case number, confirmation date, and docket number of Order Confirming Chapter 11 Plan for each case.

| District | Case Number | Confirmation Date | Docket Number |
| --- | --- | --- | --- |
| Eastern (CA) | 2009-38623 | 09/13/2010 | 135 |
| Eastern (CA) | 2011-24039 | 12/21/2011 | 173 |
| Northern (CA) | 11-12979 | 02/16/2012 | 185 |
| Eastern (CA) | 2011-32217 | 03/22/2012 | 114 |
| Eastern (CA) | 2011-31924 | 10/30/2012 | 267 |
| Northern (CA) | 12-44235 | 04/30/2013 | 124 |
| Eastern (CA) | 2012-41214 | 12/30/2013 | 165 |
| Northern (CA) | 12-33235 | 05/30/2014 | 115 |
| Eastern (CA) | 2012-41197 | 06/02/2014 | 144 |

**Application to Approve Employment of Attorney - JHH-1 - Proposed Attorney Declaration
In re Matthew Cowley Cron; Case no. 25-23639**

| | | | |
|---|---|---|---|
| Northern (CA) | 12-49371 | 09/15/2014 | 146 |
| Eastern (CA) | 2013-27008 | 10/15/2014 | 189 |
| Eastern (CA) | 2014-31890 | 08/04/2016 | 296 |
| Northern (CA) | 13-52321 | 08/25/2016 | 253 |
| Northern (CA) | 20-41076 | 12/29/2021 | 246 |
| Eastern (CA) | 2024-21202 | 02/24/2025 | 229 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

LAW OFFICE OF JUDSON H. HENRY

Dated: August 4, 2025

By: _____/s/ Judson H. Henry_____
Judson H. Henry, Declarant,
Proposed Attorney for Debtor-in-possession

**Application to Approve Employment of Attorney - JHH-1 - Proposed Attorney Declaration
In re Matthew Cowley Cron; Case no. 25-23639**